## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **JANICE TIPTON and** <br> **JIMMIE WADE TIPTON,** <br><br> Plaintiffs, <br><br> vs. <br><br> **WYETH, et al.,** <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case number 4:06cv1395 TCM |

### ORDER

Finding that a potential conflict of interest exists in this case, comes now the Court and, on its own motion, recuses itself in the above matter. See 28 U.S.C. § 455(a).

SO ORDERED.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of September, 2006.