UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANICE TIPTON and<br>JIMMIE WADE TIPTON,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>WYETH, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Case number 4:06cv1395 TCM<br>)<br>)<br>)<br>) |

## **ORDER**

Finding that a potential conflict of interest exists in this case, comes now the Court and, on its own motion, recuses itself in the above matter. See 28 U.S.C. § 455(a).

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　/s/ Thomas C. Mummert, III
　　　　　　　　　　　　　　　　　　　　THOMAS C. MUMMERT, III
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of September, 2006.